**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7378**

_____

RAYMOND W. CARTER,

       Plaintiff - Appellant,

   v.

WARDEN ANDERSON, Wateree Correctional Institution; WARDEN
WHITE, Wateree Correctional Institution; PRINCIPAL DIVINE,
Ridgeland Correctional Institution,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior
District Judge.  (6:08-cv-00497-GRA)

_____

Submitted:  October 20, 2009     Decided:  October 27, 2009

_____

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Raymond W. Carter, Appellant Pro Se.  Charles Franklin Turner,
Jr., Samuel C. Weldon, TURNER, PADGET, GRAHAM & LANEY, PA,
Greenville, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond W. Carter appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Carter v. Anderson</u>, Case No. 6:08-cv-00497-GRA (D.S.C. July 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>